# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| A.M., | : |
|     Plaintiff, | : |
| v. | :     CASE NO.: 7:23-CV-131 (LAG) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
|     Defendant. | : |

## ORDER

Before the Court is the Commissioner's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Motion). (Doc. 12). Therein, the Commissioner moves the Court to remand this case under sentence four of 42 U.S.C. § 405(g) and enter a judgment with reversal and remand of the cause to the Commissioner for further action. (*see* Doc. 12-1).

In light of the Commissioner's unopposed request, the Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case for further administrative proceedings. On remand, the Appeals Council shall forward the case to an administrative law judge, who shall be instructed to provide Plaintiff the opportunity for another hearing.

**SO ORDERED**, this 13th day of June, 2024.

                                             /s/ Leslie A. Gardner
                                             **LESLIE A. GARDNER, JUDGE**
                                             **UNITED STATES DISTRICT COURT**